## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOHN MANN, ERNEST JOSEPH
McCULLA and MARY MADONNA
McCULLA, as TRUSTEES FOR THE
JONES-McCULLA FAMILY TRUST
OF 2001,

       **Plaintiffs,**

     v.                          **Case No. 3:08cv297/RV/EMT**

ISLAND RESORTS DEVELOPMENT,
INC., PORTOFINO TOWER TWO
HOMEOWNERS ASSOCIATION AT
PENSACOLA BEACH, INC., and
W.G. YATES & SONS CONSTRUCTION
COMPANY,

       **Defendants.**
_____/

## ORDER OF RECUSAL

I hereby recuse myself from all further proceedings in this case.  The Clerk shall reassign this matter to another judge of this Court.

DONE AND ORDERED this 28th day of August, 2008.


                       */s/ Roger Vinson*
                       **ROGER VINSON**
                       **Senior United States District Judge**